**ADAM J. BREEDEN, ESQ.**
Nevada Bar No. 008768
**BREEDEN & ASSOCIATES, PLLC**
7432 W. Sahara Ave., Suite 101
Las Vegas, Nevada 89117
Phone: (702) 819-7770
Fax: (702) 819-7771
Adam@Breedenandassociates.com
*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| SEAN DOUCETT, an individual,<br><br>Plaintiff,<br><br>v.<br><br>LAS VEGAS METROPOLITAN POLICE DEPARTMENT, a political subdivision of the State of Nevada; and DOE CORRECTIONS OFFICERS I through X, inclusive,<br><br>Defendants. | CASE NO. 2:26-cv-00526 -RFB-NJK<br><br><br>**NOTICE OF DISASSOCIATION OF COUNSEL** |

PLEASE TAKE NOTICE that ALYSSA N. PIRAINO, ESQ. is no longer associated with BREEDEN & ASSOCIATES, PLLC and should be removed from the Service List in this case. ADAM J. BREEDEN, ESQ. will remain as counsel for Plaintiff, SEAN DOUCETT.

Dated this 27th day of February, 2026.

**BREEDEN & ASSOCIATES, PLLC**

/s/ *Adam J. Breeden*

**ADAM J. BREEDEN, ESQ.**
Nevada Bar No. 8768
7432 W. Sahara Ave., Suite 101
Las Vegas, NV 89117-2782
Phone: (702) 819-7770
Fax: (702) 819-7771
Adam@Breedenandassociates.com
*Attorneys for Plaintiff*

IT IS SO ORDERED.
Dated:  March 2, 2026
.
.
_____
Nancy J. Koppe
United States Magistrate Judge