Fax: (702) 819-7771
Adam@Breedenandassociates.com
*Attorneys for Plaintiff*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| SEAN DOUCETT, an individual,<br><br>Plaintiff,<br><br>v.<br><br>LAS VEGAS METROPOLITAN POLICE DEPARTMENT, a political subdivision of the State of Nevada; WINSTON HERRERA, an individual; ROY SOLANO, an individual; MARC MARISCAL, an individual; DOMINIC THOMAS, an individual; AARON CRISWELL, an individual; and AMIR BOONE, an individual,<br><br>Defendants. | CASE NO.: 2:26-cv-00526-RFB-NJK<br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR PLAINTIFF TO FILE OPPOSITION TO LVMPD DEFENDANTS' MOTION FOR PROTECTIVE ORDER [ECF NO. 30]** |

**IT IS HEREBY STIPULATED AND AGREED** between Plaintiff, SEAN DOUCETT, by and through his counsel Adam J. Breeden, Esq. of BREEDEN & ASSOCIATES, PLLC, and Defendants, LAS VEGAS METROPOLITAN POLICE DEPARTMENT, WINSTON HERRERA, ROY SOLANO, MARC MARISCAL, DOMINIC THOMAS, AARON CRISWELL, and AMIR BOONE, by and through their counsel of record Lyssa S. Anderson, Esq., Kristopher J. Kalkowski, Esq., and Travis C. Studdard, Esq. of KAEMPFER CROWELL (collectively, "LVMPD Defendants"), as follows:

**WHEREAS**, on November 2, 2026, LVMPD Defendants filed their Motion for Protective Order (ECF No. 30) (the "Motion");

**WHEREAS**, Plaintiff's Opposition to the Motion is currently due on or before November 16, 2026;

,

e

**WHEREAS**, the parties have met and conferred and LVMPD Defendants do not oppose the requested extension of Plaintiff's Opposition deadline;

**WHEREAS**, this is the first stipulation or request to extend Plaintiff's deadline to respond to the Motion, and it is made in good faith and not for the purpose of delay; and

**WHEREAS**, no party will be prejudiced by the brief extension of this deadline, and no trial date or other pending deadline will be affected.

**NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED**, by and between the parties, as follows:

**IT IS FURTHER STIPULATED** that the deadline for Plaintiff to file his Opposition to LVMPD Defendants' Motion for Protective Order (ECF No. 30) is extended from November 16, 2026 to November 23, 2026.

**IT IS SO STIPULATED AND AGREED.**

Dated this 16th day of November, 2026.

**BREEDEN & ASSOCIATES, PLLC**

*/s/ Adam J. Breeden, Esq.*

**ADAM J. BREEDEN, ESQ.**
Nevada Bar No. 008768
376 E. Warm Springs Road, Suite 120
Las Vegas, Nevada 89119
Phone: (702) 819-7770
Adam@Breedenandassociates.com
*Attorneys for Plaintiff*

Dated this 16th day of November, 2026.

**KAEMPFER CROWELL**

*/s/ Kristopher J. Kalkowski, Esq.*

**LYSSA S. ANDERSON, ESQ.**
Nevada Bar No. 5781
**KRISTOPHER J. KALKOWSKI, ESQ.**
Nevada Bar No. 14892
**TRAVIS C. STUDDARD, ESQ.**
Nevada Bar No. 16454
1980 Festival Plaza Drive, Suite 650
Las Vegas, Nevada 89135
Phone: (702) 792-7000
*Attorneys for Defendants*

Dated: November 16, 2026

**IT IS SO ORDERED**

**UNITED STATES MAGISTRATE JUDGE**